No. 161. LARSON ET AL. v. GENERAL MOTORS CORP. October 8, 1945. Petition for writ of certiorari to the Cir-

cuit Court of Appeals for the Second Circuit denied. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Mr. Murray M. Cowen* for petitioners. *Messrs. Drury W. Cooper* and *Drury W. Cooper, Jr.* for respondent.